```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JAMES A. CODA (SBN 1012669 (WI))
    Assistant United States Attorney
 3  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 4  Telephone No: (415) 556-2245
    Facsimile No: (415) 436-6967
 5  KELLY A JOHNSON
    Acting Assistant Attorney General
 6  CYNTHIA S. HUBER
    Senior Attorney
 7  General Litigation Section
    Environment & Natural Resources Division
 8  U.S. Department of Justice
    P.O. Box 663
 9  Washington, D.C. 20044-0663
    Telephone: 202-514-5273
10  Facsimile: 202-305-0274
    cynthia.huber@usdoj.gov
11  ANDREW A. SMITH (SBN 8341 (NM))
    United States Department of Justice
12  Environment & Natural Resources Division
    c/o United States Attorney's Office
13  P.O. Box 607
    Albuquerque, New Mexico 87103
14  Telephone No: (505) 224-1468
    Facsimile No: (505) 346-7205
15  Attorneys for Federal Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, SIERRA CLUB, THE WILDERNESS SOCIETY, and VERMONT NATURAL RESOURCES COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE JOHANNS, Secretary, United States Department of Agriculture, in her official capacity; DALE BOSWORTH, Chief, United States Forest Service, in his official capacity; and UNITED STATES FOREST SERVICE,<br><br>    Federal Defendants. | Case No. C-04-4512-PJH<br><br>STIPULATION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD AND FURTHER BRIEFING OF DEFENDANTS' MOTION TO DISMISS; [~~PROPOSED~~] ORDER |

Page  1 - Stipulation to Extend Time to File Administrative Record - C-04-4512-PJH

1   Pursuant to the Court's order of May 12, 2005, Defendants are to file the administrative
2   record in this matter on June 21, 2005.  Defendants requested additional time to complete review
3   and filing of the administrative record.  Plaintiffs do not oppose an extension, provided that, in
4   light of the extension, the remaining briefing of the Defendants' Motion to Dismiss also be
5   modified to allow plaintiffs an opportunity to review the record before filing their response brief.
6   Defendant Intervenors do not object to the proposed extensions.
7       Accordingly, the Parties do hereby stipulate and agree as follows:
8       1.  Defendants may file the administrative record on or before July 12, 2005;
9       2.  Plaintiffs may file their opposition to Defendants' Motion to Dismiss on or before
10  July 27, 2005;
11      3.  Defendants may file their Reply on or before August 5, 2005.
12      Respectfully submitted this 21st day of June, 2005.

KEVIN V. RYAN
United States Attorney
JAMES A. CODA
Assistant United States Attorney

KELLY A. JOHNSON
Acting Assistant Attorney General

  /s/
CYNTHIA S. HUBER
ANDREW A. SMITH
General Litigation Section
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
Cynthia.huber@usdoj.gov

ATTORNEYS FOR DEFENDANTS

   /s/ (as authorized on June 21, 2005)
TIMOTHY J. PRESO
Earthjustice
209 S. Willson Avenue
Bozeman, MT 59718
Tpreso@earthjustice.org

ATTORNEYS FOR PLAINTIFFS

```
                                /s/ (as authorized on June 21, 2005)
                                J. Michael Klise
                                Thomas R. Lundquist
                                Crowell & Moring LLP
                                1001 Pennsylvania Ave., N.W.
                                Washington, D.C. 20004-2595
                                jmklise@crowell.com
                                tlundquist@crowell.com

                                ATTORNEYS FOR DEFENDANT
                                INTERVENORS
```

1
2
3
4
5
6
7
8    Pursuant to Stipulation, IT IS SO ORDERED.
9    _____
10               Hon. Phyllis J. Hamilton
     Dated: 6/22/05
11
12
...
27

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2005, I caused a copy of "Stipulation to Extend Time to File Administrative Record and Further Briefing of Defendants' Motion to Dismiss" to be served by ECF electronic filing on the following:

Trent Orr
953 Clayton Street, #5
San Francisco, CA 94117

Timothy Presso
Earthjustice
209 S. Wilson Avenue
Bozeman, MT 59718

Michael Leahy
Defenders of Wildlife
1130 17th Street, N.W.
Washington, D.C. 20036-4604

J. Michael Klise
Thomas R. Lundquist
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
jmklise@crowell.com
tlundquist@crowell.com

_____/ s /_____
Cynthia S. Huber
Counsel for Defendants
United States Forest Service