KEVIN V. RYAN (SBN 118321)
United States Attorney
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone No: (415) 556-2245
Facsimile No: (415) 436-6967
KELLY A JOHNSON
Acting Assistant Attorney General
CYNTHIA S. HUBER
Senior Attorney
General Litigation Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0274
cynthia.huber@usdoj.gov
ANDREW A. SMITH (SBN 8341 (NM))
United States Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone No: (505) 224-1468
Facsimile No: (505) 346-7205

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, SIERRA CLUB, THE WILDERNESS SOCIETY, and VERMONT NATURAL RESOURCES COUNCIL,<br><br>          Plaintiffs,<br><br>     v.<br><br>MIKE JOHANNS, Secretary, United States Department of Agriculture, in her official capacity; DALE BOSWORTH, Chief, United States Forest Service, in his official capacity; and UNITED STATES FOREST SERVICE,<br><br>          Federal Defendants. | Case No. C-04-4512-PJH<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS; [~~PROPOSED~~] ORDER |

1  Defendants reply brief in support of their motion to dismiss Plaintiffs' complaint is due
2  on August 5, 2005. Defendants requested a one week extension based on family emergencies
3  and business travel of counsel preparing the brief. Plaintiffs and Intervenor do not oppose the
4  extension.
5  Accordingly, the Parties do hereby stipulate and agree that Defendants may file their
6  Reply on or before August 12, 2005.
7  Respectfully submitted this 4th day of August, 2005.

8
9  KEVIN V. RYAN
   United States Attorney
   JAMES A. CODA
10 Assistant United States Attorney

11 KELLY A. JOHNSON
   Acting Assistant Attorney General
12
        /s/
13 CYNTHIA S. HUBER
   ANDREW A. SMITH
14 General Litigation Section
   Environment & Natural Resources Div.
15 United States Department of Justice
   P.O. Box 663
16 Ben Franklin Station
   Washington, D.C. 20044-0663
17 Cynthia.huber@usdoj.gov
   ATTORNEYS FOR DEFENDANTS
18
     /s/ (as authorized on August 4, 2005)
19 TRENT W. ORR
   Counsel to Earthjustice
20 953 Clayton St., #5
   San Francisco, CA  94117
21 415-665-2185
   Torr@earthjustice.org
22 ATTORNEYS FOR PLAINTIFFS

23  /s/ (as authorized on August 4, 2005)
   J. Michael Klise
24 Thomas R. Lundquist
   Crowell & Moring LLP
25 1001 Pennsylvania Ave., N.W.
   Washington, D.C. 20004-2595
26 jmklise@crowell.com
   tlundquist@crowell.com
27 ATTORNEYS FOR DEFENDANT
   INTERVENORS

1
2     Pursuant to Stipulation, IT IS SO ORDERED.
3     _____
    Hon. Phyllis J. Hamilton
4
    Dated: 8/15/05
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Page  3 - Stip. to Extend Time for Reply on Mot to Dismiss -  C-04-4512-PJH

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I caused a copy of "Stipulation to Extend Time for Defendants to File Reply Brief in Support of Defendants' Motion to Dismiss" to be served by ECF electronic filing on the following:

Trent Orr
953 Clayton Street, #5
San Francisco, CA 94117

Timothy Presso
Earthjustice
209 S. Wilson Avenue
Bozeman, MT 59718

Michael Leahy
Defenders of Wildlife
1130 17th Street, N.W.
Washington, D.C. 20036-4604

J. Michael Klise
Thomas R. Lundquist
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
jmklise@crowell.com
tlundquist@crowell.com

_____/ s /_____
Cynthia S. Huber
Counsel for Defendants
United States Forest Service