UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY,

    Plaintiff,

  v.

U.S. DEPT OF AGRICULTURE,

    Defendants,

AMERICAN FOREST & PAPER ASSN., et al,

    Defendants/Intervenors.
_____/

No. C 05-01144 PJH

**ORDER VACATING HEARING DATE ON FEDERAL DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND/OR JUDGMENT ON THE PLEADINGS AND CLARIFYING BRIEFING SCHEDULES FOR MOTIONS**

Pursuant to this court's October 6, 2005 case management conference order, the December 15, 2005 hearing date on federal defendants' motion for summary judgment/judgment on the pleadings is VACATED. This court will decide the motions filed by defendant intervenors, American Forest & Paper Association, and by federal defendants on November 10, 2005 **on the papers.** Pursuant to the court's October 6, 2005 order, plaintiff's opposition to the motions shall be filed fourteen days after the filing of the motions, and defendants' replies, if any, shall be filed seven days thereafter.

Upon receipt of the court's ruling on the above motions, the parties shall submit a stipulation for briefing and hearing of their cross motions for summary judgment. **Counsel in this case shall confer with plaintiffs' counsel in the related case regarding the schedule as both motions will be heard at the same time**. The hearing on all motions shall be noticed for a date that is **at least 30 days after completion of briefing**.

1 | Plaintiffs' motion for summary judgment (not to exceed 35 pages) shall be followed by
2 | defendants' opposition (not to exceed 35 pages) and their motion for summary judgment (a
3 | summary document) as well as intervenors' opposition (not to exceed 25 pages).  Plaintiffs
4 | may then file a single brief in opposition to defendants' and intervenors' motions and in reply
5 | to defendants' and intervenors' opposition (not to exceed 35 pages).  Defendants and
6 | intervenors may each submit a reply (not to exceed 15 pages).

**IT IS SO ORDERED.**

Dated: November 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge