UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY,

      Plaintiff,

   v.

U.S. DEPT OF AGRICULTURE,

      Defendants,

AMERICAN FOREST & PAPER ASSN., et al,

      Defendants/Intervenors.
_____/

No. C 05-01144 PJH

DEFENDERS OF WILDLIFE, SIERRA CLUB, THE WILDERNESS SOCIETY, and VERMONT NATURAL RESOURCES COUNCIL,

      Plaintiffs,

   v.

MIKE JOHANNS, Secretary, United States Department of Agriculture, in his official capacity; DALE BOSWORTH, Chief, United States Forest Service, in his official capacity; and UNITED STATES FOREST SERVICE,

      Defendants,

AMERICAN FOREST & PAPER ASS'N and AMERICAN FOREST RESOURCE COUNCIL,

      Defendants-Intervenors.
_____/

No. C 04-4512 PJH

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**

The court is in receipt of the parties' briefs (no fewer than five) regarding a stipulated briefing schedule on the parties' motions for summary judgment, the parameters of which were set forth in this court's November 15, 2005 order. It is clear that the parties are unable to agree upon a schedule. Accordingly, the court ORDERS a schedule as follows.

As noted previously at the October 6, 2005 case management conference, the minute order that followed, and in the court's November 15, 2005 order, briefing on the motions in the above cases will be **consolidated.** Contrary to federal defendant's proposed schedules, there will be one set of combined papers for both cases C 04-4512 PJH, and C 05-1144 PJH. Thus, the briefing schedules *will not* be staggered. Additionally, plaintiffs and plaintiff-intervenors will file **combined papers,** as will defendants and defendant-intervenors. In other words, the briefing will be consolidated and unified for both cases and for the parties and respective intervenors.

The court has considered the parties' schedules as set forth in their papers, and has also considered what appears to be a request by federal defendants to expand upon the page limits originally set by the court in its November 15, 2005 order.

Good cause appearing, the briefing schedule and page limits are as follows:

| | |
|---|---|
| **June 16, 2006** | Plaintiffs and Plaintiff-Intervenors' motion for summary judgment and brief in support (not to exceed 40 pages total). |
| **August 11, 2006** | Federal Defendants' and Defendant-Intervenors' motion for summary judgment and brief in support, combined into one document with Federal Defendants' and Defendant-Intervenors' opposition (not to exceed 40 pages total). |
| **September 1, 2006** | Plaintiffs and Plaintiff-Intervenors' opposition and reply, combined into one document (not to exceed 40 pages total). |
| **September 22, 2006** | Federal Defendants' and Defendant-Intervenors' reply (not to exceed 20 pages total). |
| **November 1, 2006** | Oral Argument |

The June 7, 2006 hearing date re: defendant's motion to set a briefing schedule is VACATED. No further briefs re: the above schedule shall be filed.

**IT IS SO ORDERED.**

Dated: May10, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge