UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

    Plaintiffs,

    v.

U.S. DEPT. OF AGRICULTURE, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

No. C 05-1144 PJH

DEFENDERS OF WILDLIFE, et al.,

    Plaintiffs,

    and

PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff-Intervenor,

    v.

MIKE JOHANNS, Secretary, United States Department of Agriculture, in his official capacity, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

No. C 04-4512 PJH

**AMENDED JUDGMENT**

1   This action came before the court and the issues having been duly heard and
2 considered and decisions having been fully rendered in accordance with this court's
3 October 14, 2005 Order Granting in Part and Denying in Part Defendants' Motion for Partial
4 Summary Judgment and/or Judgment on the Pleadings in Case No. 04-4512 PJH;
5   this court's April 21, 2006 Order Granting Defendants' Motion for Partial Summary
6 Judgment and/or Judgment on the Pleadings in Case No. 05-1144 PJH; and
7   this court's March 30, 2007 Order Granting in Part and Denying in Part Plaintiffs'
8 Motion for Summary Judgment and Granting in Part and Denying in Part Defendants'
9 Motion for Summary Judgment in both cases,
10   IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and
11 Plaintiff-Intervenor and against Defendants and Defendant-Intervenors on Claims Three,
12 Four, and Five in Case No. 04-4512 PJH, and Claims One, Two, Three, and Ten in Case
13 No. 05-1144 PJH;
14   and in favor of Defendants and Defendant-Intervenors and against Plaintiffs and
15 Plaintiff-Intervenor on Claims One and Two in Case No. 04-4512 PJH, and Claims Four,
16 Five, Six, Seven, Eight, and Nine in Case No. 05-1144 PJH.
17   IT IS HEREBY ORDERED AND DECLARED that the USDA violated the notice and
18 comment requirements of the Administrative Procedure Act ("APA") in promulgating the
19 2005 Rule; that the USDA violated the National Environmental Policy Act ("NEPA") by
20 invoking the particular categorical exclusion at issue here and because the 2005 Rule may
21 have significant effects on the environment; and that the USDA violated the Endangered
22 Species Act ("ESA") in failing to consult and/or prepare any type of biological analysis in
23 conjunction with the 2005 Rule.   IT IS FURTHER ORDERED that the USDA is ENJOINED
24 from implementing and/or utilizing the 2005 Rule until it has fully complied with the pertinent
25 statutes.
26 **IT IS SO ORDERED.**
27 Dated: March 30, 2007
28
_____
PHYLLIS J. HAMILTON
United States District Judge

2