UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

       Plaintiffs,                          No. C 05-1144 PJH

    v.

U.S. DEPT. OF AGRICULTURE, et al.,

       Defendants,

       and

AMERICAN FOREST & PAPER ASSN., et al.,

       Defendants-Intervenors.
_____/

DEFENDERS OF WILDLIFE, et al.,

       Plaintiffs,

       and

PEOPLE OF THE STATE OF CALIFORNIA,

       Plaintiff-Intervenor,

                                        No. C 04-4512 PJH

    v.                                       **ORDER VACATING HEARING DATE**

MIKE JOHANNS, Secretary, United States Department of Agriculture, in his official capacity, et al.,

       Defendants,

       and

AMERICAN FOREST & PAPER ASSN., et al.,

       Defendants-Intervenors.
_____/

1	Pursuant to Civil Local Rule 7-1(b), the court finds that defendants' motion to alter
2	and/or amend the judgment, which has been noticed for hearing on May 23, 2007, is
3	appropriate for decision without oral argument.
4	Accordingly, the hearing date is hereby VACATED.  The motion will be taken under
5	submission and decided on the papers.
6	**IT IS SO ORDERED.**

8	Dated: May 10, 2007

	_____
	PHYLLIS J. HAMILTON
	United States District Judge