TRENT W. ORR, State Bar No. 077656
1025 Treat Avenue
San Francisco, CA  94110
torr@earthjustice.org
Telephone:  415/648-1680
Facsimile:  415/695-1984

GREGORY C. LOARIE, CA Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel. (510) 550-6725 / Fax (510) 550-6749

TIMOTHY J. PRESO, *Pro Hac Vice*
Earthjustice
209 S. Willson Avenue
Bozeman, MT  59718
Tel (406) 586-9699 / Fax (406) 586-9695
tpreso@earthjustice.org

MICHAEL T. LEAHY, *Pro Hac Vice*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC  20036-4604
Tel (202) 682-9400, x. 263 / Fax (202) 682-1331
mleahy@defenders.org

*Counsel for Plaintiffs* DEFENDERS OF WILDLIFE, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, | Case No. C 04-4512 PJH |
| Plaintiffs, | STIPULATED REQUEST FOR MODIFIED ORDER ENLARGING TIME WITHIN WHICH TO FILE MOTION FOR ATTORNEYS' FEES |
| vs. | |
| MIKE JOHANNS, *et al.*, | and |
| Defendants. | [~~PROPOSED~~] ORDER |

WHEREAS Civil Local Rule 54-6 provides that motions for attorneys' fees must be filed within 14 days of entry of judgment, unless stipulated otherwise by the parties and ordered by the Court, and it also provides that the parties must meet and confer before a party may file a motion for award of attorneys' fees;

WHEREAS Federal Rule of Civil Procedure 54(d)(2)(B) provides that, unless otherwise

provided by statute or order of the Court, a motion for attorneys' fees must be filed and served no later than 14 days after entry of judgment;

WHEREAS the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is one of the statutes under which Plaintiffs will seek attorneys fees and costs in this case;

WHEREAS EAJA provides that a "party seeking an award of fees and other expenses" may apply for them "within thirty days of final judgment in the action" (28 U.S.C. § 2412(d)(1)(B)) and EAJA defines "final judgment " as "a judgment that is final and not appealable" (28 U.S.C. § 2412(d)(2)(G));

WHEREAS the judgment in this case was appealed by the Federal Defendants on August 30, 2007 (Notice of Appeal, Doc. 113);

WHEREAS by Order of this Court filed April 10, 2007 (Doc. 105) based upon a stipulation between Plaintiffs and Federal Defendants (Doc. 104 (Apr. 9, 2007)), the time by which Plaintiffs are to bring any motion for attorneys fees and costs is "30 days after the deadline for the federal defendants to file a notice of appeal in this action" (Doc. 105, ¶ 3);

WHEREAS the purpose of the stipulation between Plaintiffs and Federal Defendants that was the basis of the Court's Order of April 10, 2007 was "to allow time for the case to proceed to a judgment that is not appealable for purposes of plaintiffs' claim for costs and fees under the [EAJA]" Doc. 105, ¶ 4), which point has not been reached in this litigation by virtue of the Federal Defendants' appeal;

WHEREAS the requested enlargement of time would have no effect on the schedule for the case, since the merits of the case have been decided and judgment has been entered;

WHEREAS Plaintiffs need additional time to compile a summary of fees and expenses, to meet and confer with Federal Defendants regarding settlement and, if necessary, to file a motion for attorneys' fees and expenses; and

WHEREAS judicial economy will be served by extending the deadline for Plaintiffs to file a motion for fees and costs to be the same deadline as that for filing a motion for attorney fees and costs under EAJA, which would allow a final determination of the appeal that could narrow or eliminate the basis for any such motion and that could include any claim for fees and expenses on

1   appeal in the same motion;

2       NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court,

3   that the deadline for Plaintiffs to file a motion for attorneys' fees and expenses under Civil Local

4   Rule 54-6 and Federal Rule of Civil Procedure 54(d)(2)(B) is hereby extended to be the same

5   deadline as that for filing a motion for attorneys' fees and expenses under EAJA.  Before filing a

6   motion for attorneys' fees and other expenses, Plaintiffs will meet and confer with Federal

7   Defendants in a good faith attempt to settle the issue.  By entering into this stipulation, Federal

8   Defendants do not waive any defenses as to whether Plaintiffs are entitled to any attorneys' fees or

9   other expenses.

10                                   DECLARATIONS

11      Undersigned counsel hereby declare under penalty of perjury that the above statements are

12  true and correct.

13  DATED:  September 20, 2007            Presented by:

14

15                                        /s/ Trent W. Orr
                                          TRENT W. ORR
16                                        TIMOTHY J. PRESO
                                          MICHAEL T. LEAHY

17                                        *Attorneys for Plaintiffs Defenders of Wildlife, et al.*

18

19                                        RONALD TENPAS
                                          Acting Assistant Attorney General
20                                        Environment and Natural Resources Division

21                                        /s/ Cynthia S. Huber (authorized 9/20/07)
                                          CYNTHIA S. HUBER
22                                        Assistant Section Chief
                                          Natural Resources Section
23                                        Environment & Natural Resources Division
                                          U.S. Department of Justice
24                                        P.O. Box 663
                                          Washington, D.C. 20044-0663
25                                        Telephone: 202-514-5273
                                          Facsimile: 202-305-0274
26                                        cynthia.huber@usdoj.gov

27      / / /

28      / / /

1

ANDREW A. SMITH (SBN 8341 (NM))
United States Department of Justice
2
Environment & Natural Resources Division
c/o United States Attorney's Office
3
P.O. Box 607
Albuquerque, New Mexico 87103
4
Telephone No: 505- 224-1468
Facsimile No: 505-346-7205
5

6
*Attorneys for Federal Defendants*

7

8

## ORDER

9

IT IS SO ORDERED.
10

Entered on this ___24th___ day of September, 2007.
11

12

13
_____
PHYLLIS ~~.~~
14
United State~~s~~

15

16

17



18

19

20

21

22

23

24

25

26

27

28