1  TRENT W. ORR, State Bar No. 77656
   1025 Treat Avenue
2  San Francisco, CA  94110
   Tel (415) 648-1680 / Fax (510) 550-6749
3  torr@earthjustice.org

4  GREGORY C. LOARIE, State Bar No. 215859
   Earthjustice
5  426 17th Street, 5th Floor
   Oakland, CA 94612
6  Tel (510) 550-6725 / Fax (510) 550-6749
   gloarie@earthjustice.org

7  TIMOTHY J. PRESO, *Pro Hac Vice*
8  Earthjustice
   209 S. Willson Avenue
9  Bozeman, MT  59718
   Tel (406) 586-9699 / Fax (406) 586-9695
10 tpreso@earthjustice.org

11 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* BILL LOCKYER, ATTORNEY GENERAL, <br><br> Plaintiff-Intervenor <br><br> vs. <br><br> MIKE JOHANNS, *et al.*, <br><br> Defendants. <br><br> AMERICAN FOREST & PAPER ASSOCIATION, *et al.* <br><br> Defendant-Intervenors. | Case No. C 04-4512 PJH <br><br> **JOINT STIPULATION AND MOTION REGARDING PLAINTIFFS' CLAIM FOR FEES AND COSTS** <br><br> **AND** <br><br> [~~PROPOSED~~] **ORDER TO STAY BRIEFING TO ALLOW SETTLEMENT DISCUSSIONS** |

JOINT STIPULATION AND MOTION REGARDING
PLAINTIFFS' CLAIM FOR FEES AND COSTS — C-04-4512 PJH

| | |
|---|---|
| 1 | To facilitate settlement discussions regarding plaintiffs' claim for attorneys' fees and costs in this case, plaintiffs Defenders of Wildlife, *et al.*, ("Plaintiffs") and defendants Mike Johanns, Secretary of Agriculture, *et al.*, ("Defendants") jointly move this Court to stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs for 60 days. In support of this motion, Plaintiffs and Defendants stipulate as follows: |

To facilitate settlement discussions regarding plaintiffs' claim for attorneys' fees and costs in this case, plaintiffs Defenders of Wildlife, *et al.*, ("Plaintiffs") and defendants Mike Johanns, Secretary of Agriculture, *et al.*, ("Defendants") jointly move this Court to stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs for 60 days. In support of this motion, Plaintiffs and Defendants stipulate as follows:

1. Concurrently with this joint motion and stipulation, Plaintiffs have filed an application for an award of attorneys' fees and costs for work performed from the inception of this case in 2004 through this Court's entry of judgment in 2007. Plaintiffs' motion will be supplemented as appropriate to account for any future litigation in this case.

2. Plaintiffs and Defendants agree that briefing and argument on Plaintiffs' claim for fees and costs may be unnecessary in light of the parties' intent to attempt to settle Plaintiffs' claim.

3. Accordingly, Plaintiffs and Defendants agree that further proceedings on Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary and other materials supporting that motion, should be deferred for 60 days. At that time, Plaintiffs and Defendants will either jointly propose a briefing schedule to address Plaintiffs' motion for fees and costs, or the parties shall otherwise apprise this Court of the status of Plaintiffs' motion and any request for action by this Court.

Based on the joint stipulation set forth above, the parties respectfully request that this Court stay briefing and argument on Plaintiffs' concurrently filed motion for an award of attorneys' fees and costs for 60 days from the date of the Court's order granting such stay.

Respectfully submitted this 7th day of February, 2008,

/s/ Trent W. Orr_____
TRENT W. ORR
GREGORY C. LOARIE
TIMOTHY J. PRESO

*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Cynthia S. Huber (authorized 2/4/08)
CYNTHIA S. HUBER
Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0274
cynthia.huber@usdoj.gov

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: 2/11/08



_____
PHYLLIS J. HAMILTON
United States District Judge