| | |
|---|---|
| 1 | TRENT W. ORR, State Bar No. 077656 |
| | GREGORY C. LOARIE, State Bar No. 215859 |
| 2 | Earthjustice |
| | 426 17th Street, 5th Floor |
| 3 | Oakland, CA 94612 |
| | Tel. (510) 550-6725 / Fax (510) 550-6749 |
| 4 | torr@earthjustice.org / gloarie@earthjustice.org |
| 5 | TIMOTHY J. PRESO, *Pro Hac Vice* |
| | Earthjustice |
| 6 | 209 S. Willson Avenue |
| | Bozeman, MT  59718 |
| 7 | Tel (406) 586-9699 / Fax (406) 586-9695 |
| | tpreso@earthjustice.org |
| 8 | |
| | MICHAEL T. LEAHY, *Pro Hac Vice* |
| 9 | Defenders of Wildlife |
| | 1130 17th Street, NW |
| 10 | Washington, DC  20036-4604 |
| | Tel (202) 682-9400, x. 263 / Fax (202) 682-1331 |
| 11 | mleahy@defenders.org |
| 12 | *Counsel for Plaintiffs* DEFENDERS OF WILDLIFE, *et al.* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, | Case No. C 04-4512 PJH |
| Plaintiffs, | STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |
| vs. | |
| MIKE JOHANNS, *et al.*, | and |
| Defendants. | [P~~ROPOSED~~] ORDER |

In accordance with the Court's June 16, 2008 order, Doc. 130, staying briefing on Plaintiffs' motion for attorneys' fees and costs, Plaintiffs and Federal Defendants have been attempting to negotiate a resolution of Plaintiffs' claim.  Because Plaintiffs and Federal Defendants have concluded that they will not be able to settle Plaintiffs' claim, they respectfully request that the Court set the following briefing schedule for Plaintiffs' February 8, 2008 Application for an Award of Attorneys' Fees and Costs, Doc. 123, which takes into account counsels' other litigation obligations and work schedules:

STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AND COSTS and [PROPOSED] ORDER — Case No. 04-4512-PJH

1. August 27, 2008: Plaintiffs file their brief and any related documents in support of their motion.

2. September 24, 2008: Federal Defendants file their response brief and any related documents.

3. October 9, 2008: Plaintiffs file their reply brief and any related documents.

DATED:  July 2, 2008                         Respectfully submitted,

/s/ Trent W. Orr
TRENT W. ORR
TIMOTHY J. PRESO
MICHAEL T. LEAHY

*Attorneys for Plaintiffs Defenders of Wildlife, et al.*

JOSEPH RUSSONIELLO
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
RONALD J. TENPAS
Assistant Attorney General

/s/ Cynthia S. Huber (auth. 7/2/08)
CYNTHIA S. HUBER
ANDREW A. SMITH
Natural Resources Section
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
(202) 514-5273; (505) 224-1468
cynthia.huber@usdoj.gov

*Attorneys for Federal Defendants*

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

7/3/08                                    _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AND COSTS and [PROPOSED] ORDER — Case No. 04-4512-PJH