UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

    Plaintiffs,

    v.

U.S. DEPT. OF AGRICULTURE, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

DEFENDERS OF WILDLIFE, et al.,

    Plaintiffs,

    and

PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff-Intervenor,

    v.

MIKE JOHANNS, Secretary, United States Department of Agriculture, in his official capacity, et al.,

    Defendants,

    and

AMERICAN FOREST & PAPER ASSN., et al.,

    Defendants-Intervenors.
_____/

No. C 05-1144 PJH

No. C 04-4512 PJH

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES**

1	The court is in receipt of the parties' stipulation to modify the briefing schedule on
2	plaintiffs' motion for attorneys' fees in C 05-1144 PJH.  The court DENIES that request, and
3	concludes that a uniform briefing schedule and consolidated motion papers in the above
4	two cases is appropriate given that the two cases were resolved in a consolidated manner.
5	Accordingly, the parties are ordered to submit consolidated motions for attorneys' fees in
6	accordance with the schedule already set in C 04-4512 PJH.  Plaintiffs' motion is due
7	August 27, 2008; defendant's opposition is due September 24, 2008; and plaintiffs' reply is
8	due no later October 9, 2008.

9	The parties are ORDERED to consolidate their briefing on the attorneys' fees
10	motions for both cases.  To the extent that any differences exist between the two cases,
11	the parties should point out any such differences in the consolidated brief(s).

13	**IT IS SO ORDERED.**

15	Dated: July 11, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge