UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

         Plaintiffs,                        No. C 05-1144 PJH

    v.

U.S. DEPT. OF AGRICULTURE,  et al.,

         Defendants,

         and

AMERICAN FOREST & PAPER ASSN.,
et al.,

         Defendants-Intervenors.
_____/

DEFENDERS OF WILDLIFE, et al.,

         Plaintiffs,

         and

PEOPLE OF THE STATE OF CALIFORNIA,

         Plaintiff-Intervenor,

                                No. C 04-4512 PJH

    v.                               **ORDER CONTINUING
HEARING DATE**

MIKE JOHANNS, Secretary, United States
Department of Agriculture, in his official
capacity, et al.,

         Defendants,

         and

AMERICAN FOREST & PAPER ASSN.,
et al.,

         Defendants-Intervenors.
_____/

1    The court has approved the parties' September 22, 2008 stipulation to extend by

2 one week the deadlines for filing of the opposition and reply briefs on plaintiffs' motion for

3 attorneys' fees.  However, due to the number of motions on the court's calendar for

4 October 29, 2008, the hearing on this motion is continued to November 5, 2008.  The court

5 may however vacate this date if after reading the briefs the court determines that no

6 hearing is necessary.

7

8 **IT IS SO ORDERED.**

9

10 Dated: September 25, 2008

11                                                    _____

12                                                    PHYLLIS J. HAMILTON
                                                       United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28