| | |
|---|---|
| 1 | RONALD J. TENPAS |
|   | Assistant Attorney General |
| 2 | CYNTHIA S. HUBER |
|   | Assistant Section Chief |
| 3 | Natural Resources Section |
|   | ANDREW A. SMITH (SBN 8341 (NM)) |
| 4 | United States Department of Justice |
|   | Environment & Natural Resources Division |
| 5 | c/o United States Attorney's Office |
|   | P.O. Box 607 |
| 6 | Albuquerque, New Mexico 87103 |
|   | Telephone No: (505) 224-1468 |
| 7 | Facsimile No: (505) 346-7205 |
|   | andrew.smith@usdoj.gov |
| 8 | |
|   | Attorneys for Federal Defendants |
| 9 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE, et al., | ) | Case No. C-04-4512-PJH |
| Plaintiffs, | ) | |
| and | ) | STIPULATION AND [~~PROPOSED~~] |
| PEOPLE OF STATE OF CALIFORNIA, ex rel. | ) | ORDER FOR EXTENSION OF TIME FOR FEDERAL DEFENDANTS' RESPONSE |
| Plaintiff Intervenor, | ) | TO PLAINTIFFS' AUGUST 27, 2008 "AMENDED CONSOLIDATED MOTION |
| v. | ) | FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES, & BRIEF IN |
| MIKE JOHANNS, et al., | ) | SUPPORT THEREOF," DKT. NO. 136 [AND DKT. NO. 112 IN C-05-1144-PJH] |
| Federal Defendants, | ) | (FIRST REQUEST) |
| and | ) | |
| AMERICAN FOREST & PAPER ASSN., et al., | ) | Date: November 1, 2006 |
|   | ) | Time: 9:00 a.m. |
| Defendant-Intervenors. | ) | Judge: The Honorable Phyllis J. Hamilton |
| | ) | |
| CITIZENS FOR BETTER FORESTRY, et al., | ) | Case No. C-05-1144-PJH |
| Plaintiffs, | ) | |
| v. | ) | |
| U.S. DEPT. OF AGRICULTURE, et al., | ) | |
| Federal Defendants, | ) | |
| and | ) | |

Page

| | |
|---|---|
| AMERICAN FOREST & PAPER ASSN., et al., | ) |
|           Defendant-Intervenors. | )<br>)<br>) |

      By and through undersigned counsel of record, Federal Defendants respectfully request a one-week extension of time to file a response to Plaintiffs' August 27, 2008 "Amended Consolidated Motion for Attorneys' Fees, Costs, and Other Expenses, & Brief in Support Thereof," Dkt. No. 136 in C-04-4512-PJH and Dkt. No. 112 in C-05-1144-PJH. As grounds for this request, Federal Defendants state as follows:

      1.     Pursuant to the Court's "Order Setting Briefing Schedule on Plaintiffs' Motions for Attorneys' Fees," Dkt. No. 133 in C-04-4512-PJH and Dkt. No. 110 in C-05-1144-PJH, Federal Defendants' response to Plaintiffs' August 27, 2008 Consolidated Motion is currently due on September 24, 2008.

      2.     Plaintiffs' August 27, 2008 Consolidated Motion seeks $190,420.18 in attorneys' fees, costs, and expenses for the Plaintiffs in <u>Citizens</u> and $513,097.42 in attorneys' fees, costs, and expenses for the Plaintiffs in <u>Defenders</u>. Plaintiffs' Motion was accompanied with a 22-page brief raising numerous factual and legal arguments, as well as 30 supporting declarations (22 in <u>Citizens</u> and 8 in <u>Defenders</u>) and extensive billing records in both cases.

      3.     While undersigned counsel has been working as diligently as possible on reviewing Plaintiffs' Motion and supporting materials and preparing Federal Defendants' response, much of his time (including weekends) since the filing of Plaintiffs' Motion has been consumed with other litigation matters. Most notably, undersigned counsel is lead counsel and has had to address numerous filings in <u>Sancho v. U.S. Department of Energy</u>, Civil No. 08-00136-HG-KSC (D. Haw.), in which *pro se* Plaintiffs challenge the United States' involvement in the Large Hadron Collider in Europe (and allege that the collision of atoms to study subatomic particles may result in a microscopic "black hole" that could destroy the planet). Plaintiffs' filings over the past month in <u>Sancho</u> have included several detailed and highly technical declarations, as well as a motion for preliminary injunction and other papers filed on September 19, 2008. During this period, undersigned counsel has had to take several days off to travel

to Hawaii for a hearing and has had to file several responsive papers. Undersigned counsel also has had to take days off from working because of illness.

    4.    Plaintiffs, through counsel of record, have been consulted and do not oppose Federal Defendants' request for a one-week extension to respond to Plaintiffs' August 27, 2008 Consolidated Motion.

BASED ON THE FOREGOING Federal Defendants and Plaintiffs in the above-captioned matters hereby stipulate and agree to, and respectfully request, the following modifications to the Court's "Order Setting Briefing Schedule on Plaintiffs' Motions for Attorneys' Fees," Dkt. No. 133 in C-04-4512-PJH and Dkt. No. 110 in C-05-1144-PJH:

    1.    Federal Defendants' opposition to Plaintiffs' August 27, 2008 Consolidated Motion is due October 1, 2008 (instead of September 24, 2008).

    2.    Plaintiffs' reply is due October 16, 2008 (instead of October 9, 2008).

Dated this 22th day of September, 2008.    Respectfully submitted,

ATTORNEYS FOR FEDERAL DEFENDANTS:

RONALD J. TENPAS  
Assistant Attorney General

  /s/ Andrew A. Smith  
ANDREW A. SMITH  
Natural Resources Section  
Environment & Natural Resources Div.  
United States Department of Justice  
P.O. Box 663  
Ben Franklin Station  
Washington, D.C. 20044-0663  
(202) 514-5273; (505) 224-1468  
(202) 305-0506 (fax)  
andrew.smith@usdoj.gov

ATTORNEYS FOR <u>CITIZENS</u> PLAINTIFFS:

  /s/ (as authorized 9/22/08 by Peter M.K. Frost)  
PETER M.K. FROST  
MARC D. FINK  
Western Environmental Law Center

```
1216 Lincoln Street
Eugene, OR 97401
frost@westernlaw.org
```

ATTORNEYS FOR <u>DEFENDERS</u> PLAINTIFFS

   /s/ (as authorized 9/22/08 by Trent Orr)
TRENT ORR
GREGORY C. LOARIE
TIMOTHY PRESO
953 Clayton Street, #5
San Francisco, CA 94117
(510) 550-6780
torr@earthjustice.org

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: 9/25/08

_____
HON. PHYLLIS J. HAMILTON
U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

Page 4 - Stip. for Extension for Response to Motion for Attorneys' Fees - C-04-4512-PJH; C-05-1144-PJH