TRENT W. ORR, State Bar No. 077656
GREGORY C. LOARIE, CA Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel. (510) 550-6725 / Fax (510) 550-6749

TIMOTHY J. PRESO, *Pro Hac Vice*
Earthjustice
209 S. Willson Avenue
Bozeman, MT  59718
Tel (406) 586-9699 / Fax (406) 586-9695
tpreso@earthjustice.org

MICHAEL T. LEAHY, *Pro Hac Vice*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC  20036-4604
Tel (202) 682-9400, x. 263 / Fax (202) 682-1331
mleahy@defenders.org

*Counsel for Plaintiffs* DEFENDERS OF WILDLIFE, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, ) | Case No. C 04-4512 PJH |
| ) | |
| Plaintiffs, ) | STIPULATION AND [P~~ROPOSED~~] |
| ) | ORDER RE: HEARING ON PLAINTIFFS' |
| vs. ) | MOTION FOR ATTORNEYS' FEES, |
| ) | COSTS, AND EXPENSES |
| MIKE JOHANNS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiffs Citizens for Better Forestry, et al., Plaintiffs Defenders of Wildlife *et al.*, and Defendants U.S. Department of Agriculture, *et al.* hereby jointly stipulate to and respectfully request that the Court vacate the current date of November 5, 2008, for the hearing on Plaintiffs' consolidated motion for attorneys' fees, costs, and other expenses, and re-set the hearing for either November 12, 2008, or November 19, 2008, whichever is more convenient for the Court.

Counsel for Plaintiffs Citizens for Better Forestry et al. is currently scheduled to appear in federal district court on November 4, 2008, in Seattle, Washington, in *Conservation Northwest v.*

STIPULATION RE: HEARING ON PLS' FEE MOTION — Case No. 04-4512-PJH                                                                 1

*Rey*, C-08-1067-JCC (W.D. Wash.), and subsequently has meetings with out-of-town clients, and is unable to travel quickly enough to appear the next morning in San Francisco.

DATED: October 28, 2008                           Presented by:

/s/ Trent W. Orr
TRENT W. ORR
TIMOTHY J. PRESO
MICHAEL T. LEAHY

*Attorneys for Plaintiffs Defenders of Wildlife, et al.*

RONALD TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Andrew A. Smith (authorized 10/28/08)
ANDREW A. SMITH (SBN 8341 (NM))
United States Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone No: 505- 224-1468
Facsimile No: 505-346-7205

*Attorneys for Federal Defendants*

/s/ Peter M. K. Frost (authorized 10/28/08)
PETER M. K. FROST, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457

**ORDER**

IT IS SO ORDERED.

Entered on this  29   day of October, 2008.

Motion will be heard November 12, 2008.

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION RE: HEARING ON PLS' FEE MOTION — Case No. 04-4512-PJH                                        2